No. 73–1708. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* ALCALA ET AL. C. A. 8th Cir. Motions of respondents Doe et al. for leave to

proceed *in forma pauperis* and certiorari granted. 